IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JOSEPH FURANDO, )<br>)<br>Defendants. )<br>_____)<br>)<br>CHRISTINE M. FURANDO, )<br>GREEN GREASE, LLC, )<br>JUNGLE HABITAT PROPERTIES, LLC, and )<br>SUMMIT PERFORMANCE SOLUTIONS, LLC, )<br>)<br>Claimants. ) | No. 13-cr-000189-SEB-TAB-04 |

**JOINT LIENHOLDER'S SECOND STATUS REPORT**

NOW COMES lien holder, Stephen M. Komie of Komie and Associates in proper person and David Colapinto, attorney for Alexander Chepurko, a judgment creditor and Plaintiff-Relator in a related action, pursuant to the order of the Magistrate to prepare and file a status report. In support thereof states as follows:

1. That on January 18, 2023, Magistrate Baker held a post judgment conference with the attorneys of record. The subject matter of the conference was to resolve post judgment issues and liens.

2. That during the conference, the Court suggested the parties come to a negotiated settlement of post judgment claims.

3. That the main asset in this case consists of a multi-million dollar single family residence, which the government seeks to sell. The proceeds will then be available for disbursement to the parties and satisfaction of two liens of record.

4. That there is an attorney's lien of Stephen Komie for 50% plus costs of the net proceeds of the sale of the residence which are due to be paid to Mrs. Furando as a result of the settlement and judgment in this case.

5. That the Plaintiff-Relator in a related action filed in this district is a judgment creditor as a result of the judgment entered in *U.S. ex rel. Alexander Chepurko v. Christine Furando*, No. 1:14-cv-00377, and there is an enforceable settlement in that action for 20% of the proceeds to be received by Mrs. Furando.

6. That immediately subsequent to the settlement conference, it was learned that the property had been taken off the market. Moreover, it would be impossible to determine the dollar value of the net proceeds from the sale of the residence until the sale is accomplished and the funds paid to the United States Marshal.

7. That in light of the lack of qualified dollar value of the two pending liens, Mr. Komie had suggested that this matter be deferred by the Court until such time as the amount of money to be paid to Mrs. Furando is known and reduced to the amount subject to the liens.

8. That the undersigned recently learned that the property now appears to

be under contract for sale pursuant to a change in status as of April 20, 2023.

9. That the property was listed for $2.85 million; although the contract price is yet unknown to lienholders.

10. That the undersigned forwarded a draft to counsel for the relator, David Colapinto, and received and incorporated his feedback prior to filing this Joint Status Report.

WHEREFORE, counsel requests that Magistrate Judge Baker reconvene the status conference to determine the sale price, the anticipated proceeds from sale, the anticipated closing date, and the procedure to be employed upon closing of the sale.

Respectfully submitted,

Stephen M. Komie
KOMIE AND ASSOCIATES,
counsel for Claimants

By:   /s/ Stephen M. Komie
Stephen M. Komie, *pro hac vice*
Komie and Associates
One N. LaSalle Street, Suite 4200
Chicago, Illinois  60602
(312) 263-2800
Stephen_m_komie@komie-and-associates.com

**CERTIFICATE OF SERVICE**

TO:   Shelese M. Woods, AUSA
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
shelese.woods@usdoj.gov

    I hereby certify that on May 2, 2023 a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

                                  /s/ Stephen M. Komie
                                  Claimants' Attorney
                                  Stephen M. Komie, *pro hac vice*
                                  Komie and Associates
                                  One N. LaSalle Street, Suite 4200
                                  Chicago, Illinois 60602
                                  Telephone: (312) 263-2800
                                  Stephen_m_komie@komie-and-associates.com